## PARKS v. GARNER.

**Appeal:** TRIAL DE NOVO : CERTIFYING EVIDENCE. Where the abstract fails to allege, or show, that it is an abstract of all the evidence, a trial *de novo* cannot be had in this court. It is not sufficient that the certificates of the judge and reporter are printed in the abstract showing that all the evidence is contained in the report of the short-hand reporter.

*Appeal from Pottawattamie District Court.*—HON. H. E. DEEMER, Judge.

FILED, FEBRUARY 5, 1889.

ACTION in chancery to set aside a decree of fore-closure of a mortgage, and the sale of the land there-under, and to redeem from the mortgage. There was a decree dismissing plaintiff's petition, after a trial on the merits. Plaintiff appeals.

*Henry Ford* and *Wright, Baldwin & Haldane*, for appellant.

*Mayne & Hazleton*, for appellee.

BECK, J.—This case is here for trial *de novo*. The abstract fails to allege, or show, that it is an abstract of all the evidence. The certificates of the judge and reporter are printed in the abstract, showing that all the evidence is contained in the report of the short-hand reporter. This it has been often held is not sufficient. As the case is triable *de novo*, and the abstract upon which it is sub-mitted to us fails to show that it is an abstract of all the evidence, it cannot be reviewed upon this appeal. The decree of the district court must be

AFFIRMED.